AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

EON STREAMS, INC. a/k/a LATIVAFTER LIQUIDATING TRUST,

V.

CLEAR CHANNEL COMMUNICATIONS, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:05-CV-578

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that plaintiff, Eon Streams a/k/a Lativafter Liquidating Trust shall recover from defendant, Clear Channel Communications, Inc. the sum of Forty Million ($40,000,000.00) Dollars for breach of contract and also costs of this cause.

December 12, 2007
Date

PATRICIA L. MCNUTT
Clerk

*(signature)*
(By) Deputy Clerk